UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KIM CARL,

                     Plaintiff,

    -against-

THOMAS GRIFFIN, et al.,

                    Defendants.
-----------------------------------------------------------x

DATE FILED: 6/16/08

ORDER OF REFERENCE TO
A MAGISTRATE JUDGE

08 CIVIL 4981 (RMB) (MHD)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute:* _____ _____ _____ | ____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ Habeas Corpus ____ Social Security |
| ____ | Settlement* | ____ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ All Such Motions: _____ |
| ____ | Inquest After Default/Damages Hearing | |

\*   Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
        June 17, 2008



RICHARD M. BERMAN, U.S.D.J.